TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00426-CR

Brett Jenkins, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT

NO. 0930858, HONORABLE WILFORD FLOWERS, JUDGE PRESIDING

PER CURIAM

 This is an appeal from an order revoking community supervision. Appellant has filed a
motion to withdraw the appeal. No decision of this Court has been delivered. The motion is granted and
the appeal is dismissed. See Tex. R. App. P. 59(b).

Before Justices Powers, Aboussie and Jones

Appeal Dismissed on Appellant's Motion

Filed: October 16, 1996

Do Not Publish